IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIONEL R. RIVIERE, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 06-0545-WS-C |
| BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | : |
| Respondents. | : |

JUDGMENT

It is ORDERED, ADJUDGED and DECREED that JUDGMENT be entered in favor of Respondents and against Petitioner Riviere.

DONE this 19th day of April, 2007.

\_\_\_\_s/WILLIAM H. STEELE_____
WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE